AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**CRIMINAL COMPLAINT**

**Daniel J. Williams**
**DOB:**
**PDID:**

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief.  On or about ___**OCTOBER 13, 2005**___ in ___**WASHINGTON**___ county, in

the _____ District of ___**COLUMBIA**___ defendant did, (Track Statutory Language of Offense)

**having been convicted of a crime punishable by imprisonment for a term exceeding one year, ship and transport in interstate and foreign commerce, and possess in and affecting commerce, a firearm and ammunition, and did receive a firearm and ammunition, which had been shipped and transported in interstate and foreign commerce, that is, a loaded 40 caliber Ruger handgun loaded with 10 rounds**

in violation of Title___**18**___ United States Code, Section(s)___**922(g)(1)**___.

I further state that I am ___**OFFICER Ryan Roe**___, and that this complaint is

based on the following facts:

## SEE ATTACHED STATEMENT OF FACTS

Continued on the attached sheet and made a part hereof:     ☒ **Yes**    ☐ **No**

_____
Signature of Complainant
**OFFICER RYAN ROE**
**SEVEN DISTRICT, MPD**

Sworn to before me and subscribed in my presence,

_____     at     ___**Washington, D.C.**___
Date                                                                        City and State

_____          _____
Name & Title of Judicial Officer                          Signature of Judicial Officer