UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO. 05-0531M-01 (CR) |
| **DANIEL J. WILLIAMS,** | : | VIOLATIONS: 18 U.S.C. §922(g)(1) |
| **Defendant.** | : | (Unlawful Possession of a Firearm and |
| | : | Ammunition by a Person Convicted of a Crime |
| | : | Punishable by Imprisonment for a Term |
| | : | Exceeding One Year); |
| | : | 18 U.S.C. §924(c)(1) |
| | : | (Using, Carrying and Possessing a Firearm |
| | : | During a Drug Trafficking Offense) |

### I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

On or about October 13, 2005, within the District of Columbia, **DANIEL J. WILLIAMS**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in D.C. Superior Court Criminal Case No. F4676-86, did unlawfully and knowingly receive and possess a firearm, that is, a Ruger .40 caliber semi-automatic pistol, and did unlawfully and knowingly receive and possess ammunition, that is, .40 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT TWO

On or about October 13, 2005, within the District of Columbia, **DANIEL J. WILLIAMS**, did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, a firearm, that is, a Ruger .40 caliber semi-automatic pistol.

(**Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1))

                                KENNETH L. WAINSTEIN
                                Attorney of the United States in
                                and for the District of Columbia
                                Bar No. 451-058

BY: _____
        BARRY WIEGAND
        Assistant United States Attorney
        Bar No. 424-288
        Federal Major Crime Section
        555 4th Street, N.W., Room 4444
        Washington, D.C. 20530
        (202) 514-7315