# United States District Court
# for the District of Columbia

FILED

DEC 20 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.                                              **WAIVER OF INDICTMENT**

**DANIEL J. WILLIAMS**

CASE NUMBER:   CR 05-402 (PLF)

I,   DANIEL J. WILLIAMS   the above named defendant, who is accused of

18 USC 922(g)(1) Unlawful possession of a firearm and ammunition by a person convicted of a crime punishable by imprisonment for a term exceeding one year - Count 1

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on   December 20, 2005   prosecution by indictment and consent that the proceeding may be by Information rather than by Indictment.

_____
Defendant   Daniel J. Williams

_____
Counsel for Defendant   Mary Petras, Esquire

_____
Judge Paul L. Friedman
United States District Court