UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | Criminal No. 05- 0402 (PLF) |
| v. : | |
| DANIEL WILLIAMS, : | **FILED** |
| Defendant. : | DEC 2 0 2005 |
| : | NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

## FACTUAL PROFFER IN SUPPORT OF GUILTY PLEA

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits this Factual Proffer in Support of a Guilty Plea.

1. The defendant is charged in Count One of the Indictment with unlawfully receiving and possessing a firearm and ammunition, which had been possessed, shipped, and transported in and affecting interstate and foreign commerce in violation of 18 U.S.C. Section 922(g)(1). The essential elements of these offenses are:

A. That the defendant knowingly possessed a firearm and ammunition, that is, a .40 caliber semi-automatic pistol and .40 caliber ammunition; and

B. That the firearm and ammunition had been shipped or transported from one state to another; and

C. That, at the time the defendant possessed the pistol and ammunition, the defendant had been convicted of a felony.

2. On October 13, 2005, members of the Metropolitan Police Department observed the defendant traveling in a vehicle in the 2600 block of Martin Luther King Avenue, S.E., Washington, DC, with a missing passenger side mirror. A traffic stop was conducted on the vehicle. The defendant was the driver and only occupant of the vehicle. When officers approached the vehicle, they smelled marijuana coming from the car and noticed two black plastic bags on the front passenger floor. The defendant was asked to step out of the vehicle and recovered from his person was a .40 caliber pistol. A search of the black bags revealed a total of 6 sandwich bags containing a green weed substance which field-tested positive for THC. The defendant admitted to the officers that he was in possession of the pistol and drugs.

3. This factual proffer is a summary of the defendant's actions, and is not intended to be a complete accounting of all facts and events related to these offenses or other offenses. The limited purpose of this factual proffer is to demonstrate that a factual basis exists to support the defendant's guilty plea to the offense of possessing a firearm and ammunition, which had been possessed, shipped, and transported in and affecting interstate and foreign commerce.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY

*Lynn C. Holliday*
LYNN C. HOLLIDAY
Assistant United States Attorney
DC Bar Number 415954
Federal Major Crimes Section
555 4th Street, N.W., Room 4235
Washington, DC 20530
(202) 616-9550