UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : Cr. No. 05-402 (PLF) |
| v. | : |
| DANIEL J. WILLIAMS | : |

UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING AND
MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

Mr. Daniel J. Williams, the defendant, through undersigned counsel, respectfully moves this Honorable Court to continue the sentencing hearing scheduled for March 9, 2006. In support of this motion, counsel states:

1. On December 21, 2005, Mr. Williams pleaded guilty to one count of unlawful possession of a firearm and ammunition by a person previously convicted of a crime punishable by a term of imprisonment exceeding one year.

2. At that time, the Court scheduled the sentencing hearing for March 9, 2006.

3. In unrelated matters, undersigned counsel represents two individuals imprisoned at the United States Naval Station at Guantánamo Bay, Cuba ("Guantánamo"). Counsel has been seeking an opportunity to meet with those clients since she was appointed to represent them in October, 2005. Recently, the government authorized a legal visit for these clients on March 10th and 11th. Counsel must travel on March 9th in order to be at Guantánamo for the meetings on the 10th and 11th and, therefore, will not be

available for the sentencing hearing in this matter on that date. Counsel did not originally suggest these dates, but accepted the first available week the government proposed after the government was unable to accommodate counsel's request for an earlier visit. Arranging visits at Guantánamo is not an easy task – counsel must get the government's approval for specific dates and arrange for interpreters for those dates.  Because these clients have been waiting to see an attorney for many months since they filed *pro se* petitions with the court, counsel does not want to delay these visits for any reason.

    4.  On February 27, 2006, counsel spoke with government counsel, who represented that the government has no opposition to this motion.

    5.  Both counsel are available for a sentencing hearing in this matter on March 22nd or March 23rd, if the Court is available on one of those dates.

    WHEREFORE, for the foregoing reasons, counsel respectfully moves this Honorable Court to continue the sentencing hearing in this matter.

                                      Respectfully submitted,

                                                /s/
                                     _____
                                     Mary Manning Petras
                                     Assistant Federal Public Defender
                                     625 Indiana Avenue, N.W.
                                     Suite 550
                                     Washington, D.C.  20001
                                     (202) 208-7500