```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
```

UNITED STATES OF AMERICA          :

                               :   Cr. No. 05-402 (PLF)

    v.

                               :

DANIEL J. WILLIAMS               :

<u>ORDER</u>

Upon consideration of Defendant's Unopposed Motion to Continue Sentencing Hearing and finding good cause shown, it is this __ day of _____, 2006, hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that the sentencing hearing in this matter is continued to _____.

                                               _____
                                               The Honorable Paul L. Friedman