UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 05-402 (PLF) |
| | : | |
| v. | : | |
| | : | |
| DANIEL J. WILLIAMS, | : | |
| | : | |
| Defendant. | : | |

### GOVERNMENT'S REQUEST FOR AN ADDITIONAL ONE-LEVEL DECREASE, UNDER U.S.S.G. §3E1.1(b), FOR ACCEPTANCE OF RESPONSIBILITY

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby files this request for an additional one-level decrease, under section 3E1.1(b) of the U.S. Sentencing Guidelines, for acceptance of responsibility, and states as follows:

1. The defendant, DANIEL J. WILLIAMS, was arrested on October 13, 2005 and charged with unlawful possession of a firearm and ammunition by a person previously convicted of a felony. On the scene, at the time of his arrest, the defendant admitted to the arresting officers that the gun and drugs recovered were his.

2. On his October 26, 2005 preliminary hearing date, the defendant expressed his interest in entering a plea of guilty in this matter and entered into negotiations with the government. On November 10, 2005, a Criminal Information was filed in U.S. District Court for the District of Columbia, in preparation for the entry of a guilty plea.

-2-

4. The defendant entered a guilty plea in this matter on December 20, 2005 to unlawfully possessing a firearm and ammunition after being convicted of a felony. He fully admitted to a proffer of facts tendered by the government describing the events of October 13, 2005.

5. The defendant's actions after his arrest assisted in his prosecution, in that he gave timely notice of his intention to enter a plea of guilty, and thereby permitted the government to avoid preparing for trial and permitting the government and the court to allocate their resources efficiently. *See* U.S.S.G. §3E1.1 (Suppl. dated April 30, 2003). Moreover, the defendant's plea, *pre-indictment*, saved the government the burden of presenting this case to a Grand Jury. Lastly, it conserved judicial time and reduced greatly the congestion of the judicial docket.

WHEREFORE, the government requests a one-level reduction, under section 3E1.1 of the U.S. Sentencing Guidelines, to the calculation of the defendant's sentencing range.

Respectfully Submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
D.C. Bar Number 451058

By: _____

LYNN C. HOLLIDAY
Assistant U.S. Attorney
D.C. Bar Number 415954
United States Attorney's Office
555 Fourth Street, N.W., Rm. 4836
Washington, D.C. 20530
Tel. (202) 616-9550