UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 05-402 (PLF) |
| v. | : | |
| DANIEL J. WILLIAMS, | : | |
| Defendant. | : | |

O R D E R

_____Upon consideration of the Government's Request for an Additional One-Level Decrease for Acceptance of Responsibility, and for good cause shown, it is hereby

ORDERED that the government's request is granted.

_____
Paul L Friedman
United States District Court Judge


cc:   AUSA Lynn C. Holliday
      United States Attorney's Office
      555 Fourth Street, N.W., Rm. 4836
      Washington, D.C.  20530
      lynn.holliday@usdoj.gov

      Mary Petras, Esq.
      625 Indiana Avenue, N.W.
      Suite 550
      Washington, DC 20004