WILLIAMS, Daniel J.                                                     Page 20

THE HONORABLE PAUL L. FRIEDMAN, UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA       :    Docket No.: <u>05-402</u>                **FILED**

                               :

vs.                            :    SSN:_____      MAR 2 9 2006

                               :                                       NANCY MAYER WHITTINGTON, CLERK
Daniel J. Williams                  Disclosure Date: February 2, 2006       U.S. DISTRICT COURT

<u>RECEIPT AND ACKNOWLEDGMENT OF
PRESENTENCE INVESTIGATION REPORT</u>

This is to acknowledge that each of the undersigned has received and reviewed the Presentence
Investigation Report (PSI) in the above-entitled case.  The undersigned further acknowledges
that:

**For the Government**

(CHECK APPROPRIATE BOX)

(   ) There are no material/factual inaccuracies therein.

(✓) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

*Ayua C. Holiday*                                  <u>2-15-06</u>
     <u>Assistant U.S. Attorney</u>                            Date
(202) 616-9550

**For the Defendant**

(CHECK APPROPRIATE BOX)

(   ) There are no material/factual inaccuracies therein.

(   ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.


<u>Defendant     Date</u>                                   <u>Defense Counsel    Date</u>

<u>NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM</u>

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or
disputes in writing by **February 16, 2006**, to U.S. Probation Officer **Elizabeth Suarez**, telephone
number **(202) 565-1341**, fax number **(202) 273-0242**.

Pursuant to Rule 32(f)(2), effective December 1, 1994, it shall be the responsibility of the Attorney for
the Government and the Defense Counsel to provide each other with a copy of the objections at the same
time the objections are filed with the probation office.

**FOR THE COURT**
By:Richard A. Houck, Jr.
Chief United States Probation Officer

- WILLIAMS, Daniel J.                                                                    Page 20

THE HONORABLE PAUL L. FRIEDMAN, UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      :     Docket No.: <u>05-402</u>
                              :
        vs.                   :     SSN: 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
                              :
    Daniel J. Williams        :     Disclosure Date: February 2, 2006

<u>RECEIPT AND ACKNOWLEDGMENT OF
PRESENTENCE INVESTIGATION REPORT</u>

This is to acknowledge that each of the undersigned has received and reviewed the Presentence
Investigation Report (PSI) in the above-entitled case.  The undersigned further acknowledges
that:

<u>For the Government</u>

(CHECK APPROPRIATE BOX)

(   ) There are no material/factual inaccuracies therein.

(✓) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_Ayra C. Holiday_             _2-15-06_
      **Assistant U.S. Attorney**         Date
(202) 616-9550

<u>For the Defendant</u>

(CHECK APPROPRIATE BOX)

(   ) There are no material/factual inaccuracies therein.

(   ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.


_____          _____
**Defendant        Date**                        **Defense Counsel        Date**

<u>NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM</u>

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or
disputes in writing by **February 16, 2006**, to U.S. Probation Officer **Elizabeth Suarez**, telephone
number **(202) 565-1341**, fax number **(202) 273-0242**.

Pursuant to Rule 32(f)(2), effective December 1, 1994, it shall be the responsibility of the Attorney for
the Government and the Defense Counsel to provide each other with a copy of the objections at the same
time the objections are filed with the probation office.

**FOR THE COURT**
By:Richard A. Houck, Jr.
Chief United States Probation Officer

**WILLIAMS, Daniel J.**                                                      Page 21

**Receipt and Acknowledgment**

1. Date of arrest on page 3, item 3 should be 2005.
2. Date of plea was Dec. 29, 2005 (pg. 3, Item 4)
3. Base level in sentence should read "14" (pg 4, Item. 13)
4. Specific offense characteristics should be +4 pursuant to 2K2.1(b)(5) (defendant possessed firearm or ammo in connection with another felony offense (PWID-marijuana)
5. Adjusted offense level should be 18 (pg 5, Item 18)
6. Total offense level should be 15 (Item 21)
7. Total offense level in Item 50, pg 12 should read "15" and guideline range should read 30-37 months.

Signed By: _Ryan C. Holiday_
           (Defense Counsel/AUSA)

Date: _2-15-06_