WILLIAMS, Daniel J.                                                                        Page 20

THE HONORABLE PAUL L. FRIEDMAN, UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: 05-402 |
| vs. | : | SSN: |
| Daniel J. Williams | : | Disclosure Date: February 2, 2006 |

FILED
MAR 29 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### RECEIPT AND ACKNOWLEDGMENT OF
### PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSI) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.

( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                    _____
Assistant U.S. Attorney                                            Date

**For the Defendant**

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.

(✓) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____                    _____ 2/16/06
Defendant       Date                                          Defense Counsel      Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by **February 16, 2006**, to U.S. Probation Officer **Elizabeth Suarez**, telephone number **(202) 565-1341**, fax number **(202) 273-0242**.

Pursuant to Rule 32(f)(2), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT
By: Richard A. Houck, Jr.
Chief United States Probation Officer

WILLIAMS, Daniel J.                                                                  Page 20

THE HONORABLE PAUL L. FRIEDMAN, UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :   Docket No.: 05-402
                                  :
vs.                               :   SSN: 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
                                  :
Daniel J. Williams                    Disclosure Date: February 2, 2006

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSI) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.

( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                    _____
Assistant U.S. Attorney                            Date

**For the Defendant**

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.

(✓) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____                    _____ 2/16/06
Defendant        Date                              Defense Counsel        Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by **February 16, 2006**, to U.S. Probation Officer **Elizabeth Suarez**, telephone number **(202) 565-1341**, fax number **(202) 273-0242**.

Pursuant to Rule 32(f)(2), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT
By: Richard A. Houck, Jr.
Chief United States Probation Officer



**FEDERAL PUBLIC DEFENDER**
DISTRICT OF COLUMBIA
SUITE 550
625 INDIANA AVENUE, N.W.
WASHINGTON, DC 20004

A. J. KRAMER
*Federal Public Defender*

Telephone (202) 208-7500
FAX (202) 208-7515

February 17, 2006

Elizabeth Suarez
United States Probation Officer
333 Constitution Avenue, N.W.
Washington, D.C. 20001

          Re:    United States v. Daniel J. Williams
                   05-CR-402

Dear Ms. Suarez:

      I write to submit the following corrections to the Presentence Investigation Report ("PSI") prepared in the above referenced case.

      1. Please list Mr. Williams's legal address as 55 Ellington Street, Emporia, VA 23847. That is the address where his mother is moving. They will no longer reside at the W Street address, listed in the PSI as a "West Street" address.

      2. In paragraph 3, on page 3, the date of arrest should be listed as October 13, 2005.

      3. In paragraph 26, on page 7, the report assesses 3 points for a theft conviction. No points should be assessed for this conviction. According to the report, Mr. Williams was sentenced to nine months incarceration. Section 4A1.2 of the Guidelines, sentences of less then on year and one month are counted only if they are "imposed within ten years of the defendant's commencement of the instance offense . . ." According to the report, the sentence for this offense was imposed on October 12, 1994. The offense at issue here occurred on October 13, 2005. The theft conviction, therefore, is one year and one day beyond the applicable time period.

      4. In paragraphs 30 and 31, on page 8, the total points should be adjusted to four and the criminal history category is III. The sentencing range in paragraph 50 also should be adjusted.

5. In paragraph 34, on page 9, the report lists the instant offense as it was charged in Superior Court. This information should be included under "Charges(s) and Conviction(s)" or "The Offense Conduct." Listing it separately under "Other Arrests" gives the false impression that it was a separate offense.

6. In paragraph 36, on page 9, Mr. Williams's father's middle name should be listed as Edmond.

7. In paragraph 43, on page 11, the years during which Mr. Williams used PCP should be listed as 1980 to 1986.

Thank you for taking the time to review these corrections. If you have any questions, please do not hesitate to call me.

Sincerely,

Mary Manning Petras

cc:   AUSA Lynn Holiday
      BY FAX