PROB 12B-ORDER-DC
(Rev 03/07)

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

**FILED**

MAR 28 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S.A. vs. **Daniel Williams**                                     Docket No.: **CR05-402**

### REQUEST FOR COURSE OF ACTION
(Modification of Conditions)

COMES NOW **Annette Morris**, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Daniel Williams**, who was placed on supervised release by the Honorable Paul L. Friedman, United States District Judge, sitting in the Court at Washington, D.C., on the **29th** day of **March**, **1996**, who fixed the period of supervised release at **eighteen months**, and imposed the general terms and conditions of supervised release theretofore adopted by the Court, and also imposed special conditions and terms as follows:

1) The defendant agrees to satisfactorily participate in the Bureau of Prisons Sanction Center for a period of no more than 90 days.

On March 29, 1996, Daniel Williams was sentenced on the charge of Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of Title 18 USC § 922(g)(1). He was sentenced to 15 months imprisonment followed by eighteen months supervised release. The following special conditions were imposed: 1) the defendant is prohibited from possessing a firearm or any other dangerous weapon, and 2) the defendant shall participate in, and successfully complete a substance abuse treatment program. A special assessment of $100 was imposed. Supervised release commenced on April 25, 2007, and is scheduled to expire October 24, 2008.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

### Statement of Alleged Violation(s) of Supervised Release

1) You will not frequent places where controlled substances are illegally sold, or administered; you shall refrain from excessive use of alcohol and will not purchase, possess, use, distribute or administer and controlled substance or paraphernalia related to such substances, except as prescribed by a physician.

WILLIAMS, Daniel
Docket No.: CR05-402
Page 2


Respectfully submitted,

*Annette Morris*

Annette Morris
United States Probation Officer
(202) 565-1331


Approved By: _____

Deborah A. Stevens- Panzer, Supervising
United States Probation Officer


**Notice of Delivery To Parties:**