UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

FILED
MAR 28 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S.A. vs. **Daniel Williams**                                         Docket No.: **CR05-402**

### REQUEST FOR COURSE OF ACTION

**PRAYING THE COURT WILL ORDER** a modification of Daniel Williams' supervised release to include participation in the Bureau of Prisons Sanction Center for a period of no more than 90 days.

### ORDER OF COURT

Considered and ordered this ___28·___ day of ___March___, 2008.

_____
Paul L. Friedman
United States District Judge

___3/28/08___
Date